AP-77,039
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 6/8/2015 11:12:12 AM
Accepted 6/8/2015 11:15:10 AM
ABEL ACOSTA
CLERK

## No. AP-77,039

In the
Texas Court of Criminal Appeals
At Austin

———◆———

### No. 1414421
In the 351st Criminal District Court
Of Harris County, Texas

———◆———

# JEFFERY KEITH PREVOST

*Appellant*

V.

# THE STATE OF TEXAS

*Appellee*

———◆———

## STATE'S SECOND MOTION FOR EXTENSION OF TIME
## IN WHICH TO FILE APPELLATE BRIEF

———◆———

**TO THE HONORABLE COURT OF CRIMINAL APPEALS:**

THE STATE OF TEXAS moves for an extension of time within which to file its appellate brief. In support of its motion, the State submits the following:

1. Appellant was charged by indictment with the felony offense of capital murder.

2. The case was tried before a jury who found appellant guilty as charged.

3. The jury answered the special issues.

4. The trial court assessed punishment at death, in accordance with Texas Code of Criminal Procedure article 37.071, section 2(g).

5. Sentence was entered April 5, 2014.

6. Direct appeal to this Court is automatic.

7. Appellant's brief was filed on February 6, 2015.

8. The State's appellate brief was originally due on March 9, 2015.

9. On March 6, 2015, this Court granted a 90-day extension of time in which to file the State's appellate brief.

10. The State's appellate brief is due on June 8, 2015.

11. The State seeks an additional extension of 30 days to file its brief, until July 8, 2015.

12. The following facts are relied upon to show good cause for the requested extension:

    i.     The appellate record in the present case is voluminous, consisting of 39 volumes. Appellant brings 10 points of error on appeal.

    ii.     The undersigned attorney filed an appellate brief on March 31, 2015 in Cause No. 01-14-00486-CR, *Mark Castellano, Appellant v. The State of Texas, Appellee.*

    iii.     The undersigned attorney filed an appellate brief on May 12, 2015 in Cause No. 01-14-00593-CR, *Tony Escobar, Appellant v. The State of Texas, Appellee.*

    iv.     The undersigned attorney is preparing for oral argument on June 17, 2015 before the Fourteenth Court of Appeals in Cause No. 14-14-00139-CR, *Isaac Smith, Appellant v. The State of Texas, Appellee.*

    v.     The undersigned attorney was on vacation on April 22nd and April 23rd. In addition, the Harris County District Attorney's Office was closed on May 26th and May 27th as a result of flooding.

    vi.     The State's motion is not for purposes of delay, but so that justice may be done.

WHEREFORE, the State prays that this Court will grant the requested extension until July 8, 2015.

Respectfully submitted,

/s/ Heather A. Hudson

**HEATHER A. HUDSON**
Assistant District Attorney
Harris County, Texas
State Bar Number: 24089551

## CERTIFICATE OF SERVICE

Pursuant to **TEX. R. APP. P.** 9.5, this certifies that on June 8, 2015, a copy of the foregoing was sent to the following:

Douglas M. Durham
2800 Post Oak Blvd., Suite 4100
Houston, Texas 77002
Tel: (832) 390-2252
Fax: (932) 390-2350
durham.doug@yahoo.com

/s/ Heather A. Hudson

**HEATHER A. HUDSON**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas 77002
(713) 755-5826
State Bar Number: 24089551
hudson_heather@dao.hctx.net